JAMES R. KELLER v. HUFFMAN FULL FASHIONED MILLS, INC.

(Filed 21 October, 1959.)

**1. Master and Servant § 2e—**

Judgment sustaining demurrer to the complaint in an action to recover damages on account of plaintiff's being denied employment because of membership in a labor union, reversed on authority of *Willard v. Huffman,* 250 N.C. 396.

HIGGINS, J., not sitting.

APPEAL by plaintiff from *Campbell, J.,* at June, 1959 Term, of BURKE.

Civil action to recover damages on account of plaintiff being denied employment because of membership in a labor union under and by virtue of General Statutes 95-83.

On 5 June, 1959, in Superior Court the trial judge sustained demurrer of defendant to the jurisdiction, and dismissed the cause of action. Plaintiff appeals to Supreme Court and assigns error.

STATE *v.* DAVIS.

*Robert S. Cahoon for plaintiff, appellant.*
*Patton & Ervin for defendant, appellee.*

PER CURIAM. In the light of and by authority of decision of this Court in the case of *James M. Willard v. P. T. Huffman,* et al, in opinion filed 12 June, 1959, and reported in Vol. 250 at page 396, of North Carolina Supreme Court reports, the judgment from which this appeal is taken is

Reversed.

HIGGINS, J., not sitting.